UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:14-CR-00865-1 |
| | § | |
| YAEL AGUILAR-VALENCIA | § | |

**OPINION AND ORDER GRANTING**
**UNOPPOSED MOTION FOR CONTINUANCE**

On January 22, 2015, Defendant moved for a continuance of the final pretrial conference and jury selection because the Defendant and the attorney for the United States are continuing their discussions to resolve the case (D.E. 13). The United States was unopposed to the motion.

Having considered the Defendant's motion, the Court finds that the failure to grant a continuance would result in a miscarriage of justice and would deny the Defendant a reasonable time for the effective preparation for trial and consideration of plea negotiations, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court finds that the ends of justice that would be served by the granting of a continuance outweigh the public's and the Defendant's interests in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The motion for a continuance (D.E. 13) is GRANTED. The period of continuance is excludable from the calculations under the Speedy Trial Act.

Final Pretrial Conference is scheduled for Friday, February 27, 2015, at 9:00 a.m. before Hon. John D. Rainey.  Jury selection and trial will be schedule after that time as necessary.

ORDERED this 22nd day of January, 2015.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE